# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thacker, Stephanie D. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Fourth Circuit | 3. Date of Report<br><br>5/6/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Robert C. Byrd United States Courthouse
300 Virginia Street, East
Room 7404
Charleston, West Virginia 25301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | self-employed - Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt School of Law | February 5-8, 2015 | Nashville, Tennessee | Judge, 2014-2015 Bass, Berry & Sims Moot Court School | Lodging, airfare & meal expenses |
| 2. | University North Carolina School of Law | February 20-21, 2015 | Chapel Hill, North Carolina | Judge, 38th J. Braxton Craven, Jr. Moot Court Competition | Airfare, lodging & some meal expenses |
| 3. | Virginia Bar | April 2, 2015 | Richmond, Virginia | Speaker, Richmond Women's Bar Event | Lodging, mileage tolls & meal expenses |
| 4. | Cornell School of Law | April 11, 2015 | Ithica, New York | Judge, Langfan Moot Court Competition | Airfare, lodging & some meal expenses |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thacker, Stephanie D. | 5/6/2016 |

| 5. | West Virginia University | April 18, 2015 | Morgantown, West Virginia | Law Review Banquet - Key Note Speaker | Lodging, parking & meal expenses |
|---|---|---|---|---|---|
| 6. | Appalachian School of Law | May 8-9, 2015 | Grundy, Virginia | Speaker - Graduation | Lodging & meal expenses |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Accounts | A | Interest | L | T | | | | | |
| 2. Ace Limited-ACE (Y) | | | | | | | | | |
| 3. American New World Fund (Y) | | | | | | | | | |
| 4. American Tower REIT-AMT (Y) | | | | | | | | | |
| 5. American Water Works-AWK (Y) | | | | | | | | | |
| 6. Automatic Data Processing-ADP (Y) | | | | | | | | | |
| 7. Blackrock Global Allocation Fund (Y) | | | | | | | | | |
| 8. Blackrock Multi-Asset Income Fund | D | Dividend | L | T | | | | | |
| 9. Blackrock Strategic Income Fund (Y) | | | | | | | | | |
| 10. Blackrock-BLK (Y) | | | | | | | | | |
| 11. Cardinal Health-CAH (Y) | | | | | | | | | |
| 12. Citigroup-C (Y) | | | | | | | | | |
| 13. Citizen Financial Group-CFG (Y) | | | | | | | | | |
| 14. Columbia Select Large Cap Growth Fund (Y) | | | | | | | | | |
| 15. Comcast-CMCSA (Y) | | | | | | | | | |
| 16. Costco-COST (Y) | | | | | | | | | |
| 17. CVS Health-CVS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Danaher Corp-DHR (Y) | | | | | | | | | |
| 19. Devon Energy-DVN (Y) | | | | | | | | | |
| 20. Disney-DIS (Y) | | | | | | | | | |
| 21. Dominion-D (Y) | | | | | | | | | |
| 22. Ecolab-ECL (Y) | | | | | | | | | |
| 23. Fedex-FDX (Y) | | | | | | | | | |
| 24. Hartford Growth Opportunities Fund (Y) | | | | | | | | | |
| 25. Hess-HES (Y) | | | | | | | | | |
| 26. Home Depot-HD (Y) | | | | | | | | | |
| 27. Honeywell-HON (Y) | | | | | | | | | |
| 28. iShares 3-7 Year Treasury-IEI (Y) | | | | | | | | | |
| 29. iShares iBoxx-LQD (Y) | | | | | | | | | |
| 30. iShares MBS-MBB (Y) | | | | | | | | | |
| 31. iShares Russell 1000 Growth-IWF (Y) | | | | | | | | | |
| 32. iShares Russell 1000 Value IWD (Y) | | | | | | | | | |
| 33. iShares Tips-TIP (Y) | | | | | | | | | |
| 34. Janus Blanaced Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/6/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. John Hancock Classic Value Fund (Y) | | | | | | | | | |
| 36. John Hancock Disciplined Value Fund (Y) | | | | | | | | | |
| 37. Lockheed Martin-LMT (Y) | | | | | | | | | |
| 38. Manning & Napier Pro Blend Cons Fund | C | Dividend | L | T | | | | | |
| 39. Market Vectors EM Local Currency-EMLC (Y) | | | | | | | | | |
| 40. Medtronic-MDT (Y) | | | | | | | | | |
| 41. MFS New Discovery Fund (Y) | | | | | | | | | |
| 42. MFS Value Fund (Y) | | | | | | | | | |
| 43. Microsoft-MSFT (Y) | | | | | | | | | |
| 44. Mondelez International-MDLZ (Y) | | | | | | | | | |
| 45. Nike-NKE (Y) | | | | | | | | | |
| 46. Nuveen Real Estate Fund (Y) | | | | | | | | | |
| 47. Oppenheimer Rising Dividends Fund (Y) | | | | | | | | | |
| 48. Oracle-ORCL (Y) | | | | | | | | | |
| 49. Parnassus Core Equity Fund (Y) | | | | | | | | | |
| 50. Permanent Portfolio Fund | A | Dividend | | | Sold | 03/04/15 | L | B | |
| 51. Pioneer Multi-Asset Real Return Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/6/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pioneer Strategic Income Fund (Y) | | | | | | | | | |
| 53. Powershares Global-PCY (Y) | | | | | | | | | |
| 54. Powershares Preferred-PGX (Y) | | | | | | | | | |
| 55. Schlumberger-SLB (Y) | | | | | | | | | |
| 56. SPDR Barclays High Yield-JNK (Y) | | | | | | | | | |
| 57. TCW Select Equities Fund (Y) | | | | | | | | | |
| 58. Thermo Fisher Scientific-TMO (Y) | | | | | | | | | |
| 59. Vanguard Intermedite-BIV (Y) | | | | | | | | | |
| 60. Vanguard Short Term-BSV (Y) | | | | | | | | | |
| 61. Verizon-VZ (Y) | | | | | | | | | |
| 62. Visa-V (Y) | | | | | | | | | |
| 63. Wells Fargo Advantage Small Cap Value Fund (Y) | | | | | | | | | |
| 64. Wells Fargo-WFC (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thacker, Stephanie D. | 5/6/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My former husband, ▮▮▮▮▮▮, and I were separated as of December 31, 2014. We no longer lived together as of that date. Our divorce was final on July 17, 2015. Therefore, during the entirety of 2015, he was not responsible for any of my finances and I was not responsible for his.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephanie D. Thacker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544